### (December 15, 1948.)

In the Matter of the Application of JOHN F. COSTELLOE for Admission to Practice as an Attorney. (From the State of Massachusetts.) — Application granted. Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

In the Matter of the Application of FONTAINE MARTIN, JR., for Admission to Practice as an Attorney. (From the State of Louisiana.) — Application granted. Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

In the Matter of the Application of CHARLES C. RICHMOND for Admission to Practice as an Attorney. (From the State of Louisiana.) — Application granted. Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

### (December 20, 1948.)

In the Matter of the Application of MORRIS STERN for Permission to Withdraw his Resignation and for Reinstatement as an Attorney.— On the return day of petitioner's application for permission to withdraw his resignation and for reinstatement as an attorney and counselor at law, the Brooklyn Bar Association appeared but did not oppose the application. The proceeding is referred to Honorable CHARLES C. LOCKWOOD, as Official Referee, to hear and report to this court concerning his findings with respect to the matters involved herein. Present — Johnston, Adel, Sneed and Wenzel, JJ.; Carswell, Acting P. J., not voting.

ISRAEL B. OSEAS, Respondent, v. MURAD A. SUTTON, Individually and as Trustee of Sutton Trusts, et al., Appellants, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied, without costs. Appellants' time to answer is extended until ten days after the entry of the order hereon. Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See *ante,* p. 999.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH LOPATA, Appellant.— Motion for reargument denied. Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See *ante,* p. 940.]